**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CARL PELLEGRIN**                                        **CIVIL ACTION**

**VERSUS**                                                    **NO.   15-6335**

**CAPT. RONNIE D. SEAL, SGT. MASTER**        **SECTION "I" (4)**
**JORDAN D. SILVA, AND SGT.**
**DOUGLAS D. MILLER**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Carl Pellegrin, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Carl Pellegrin's 42 U.S.C. § 1983 claims of excessive force seeking monetary relief against the defendants, Captain Ronnie D. Seal, Sgt. Master Jordan D. Silva, and Sgt. Douglas D. Miller, each in their official capacity are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and otherwise for seeking relief against an immune defendant under 28 U.S.C. § 1915A.

**IT IS FURTHER ORDERED** that Pellegrin's § 1983 claims of excessive force seeking monetary and injunctive relief against the defendants Captain Seal, Sgt. Master Silva, and Sgt. Miller, in their individual capacities, and the § 1983 claims of excessive force seeking prospective injunctive relief against the defendants in their official capacities, are **DISMISSED WITH PREJUDICE** until such time as the conditions pronounced in *Heck v. Humphrey*, 512 U.S. 477 (1994), are met.

**IT IS FURTHER ORDERED** that Pellegrin's state law claims are **DISMISSED WITHOUT PREJUDICE** as the Court declines to exercise its supplemental jurisdiction, having dismissed Pellegrin's federal claims.

New Orleans, Louisiana, this 22nd day of November, 2016.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**